DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICKI MCKEEVER,** as Personal Representative
of the Estate of Theodore McKeever,
Appellant,

v.

**PHILIP MORRIS USA INC.,**
Appellee.

No. 4D15-3037

[February 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case Nos. 10-37561 (19) and 08-80000 (19).

John S. Mills and Courtney Brewer of The Mills Firm, P.A., Tallahassee; Alex Alvarez of The Alvarez Law Firm, Coral Gables; and Robert W. Kelley, Todd R. McPharlin and Eric S. Rosen of Kelley Uustal, PLC, Fort Lauderdale, for appellant.

Geri E. Howell of Shook, Hardy & Bacon L.L.P., Miami; Peter M. Henk of Shook Hardy & Bacon, L.L.P., Houston, TX; and Geoffrey J. Michael of Arnold & Porter Kaye Scholer L.L.P., Washington, DC., for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***